```
ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
GERARDO ROSAS GOMEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:11-CR-00112-LJO |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO |
| | ) CONTINUE SENTENCING |
| GERARDO ROSAS GOMEZ, | ) Date: February 4, 2013 |
| | ) Time: 8:30 a.m. |
| | ) Hon. Lawrence J. O'Neill |
| Defendant. | ) |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on February 4, 2013, at 8:30 a.m.

2. By this stipulation, defendant now moves to continue the sentencing until March 4, 2013, at 8:30 a.m. and to exclude time between February 4, 2013, and March 4, 2013, under 18 U.S.C.§ 3161(h)(7)(A), B(iv). Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

1     a. The defense was retained to represent Defendant on
2  January 26, 2013.  The Substitution of Attorney form was
3  filed with the court on Monday, January 28, 2013, Docket #
4  129.
5     b. The government does not object to the continuance.
6     c. Based on the above-stated findings, the ends of
7  justice served by continuing the case as requested
8  outweigh the interest of the public and the defendant in a
9  trial within the original date prescribed by the Speedy
10 Trial Act.
11    d. For the purpose of computing time under the Speedy
12 Trial Act, 18 U.S.C. § 3161, et seq., within which trial
13 must commence, the time period of February 4, 2013, to
14 March 4, 2013, inclusive, is deemed excludable pursuant to
15 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a
16 continuance granted by the Court at defendant's request on
17 the basis of the Court's finding that the ends of justice
18 served by taking such action outweigh the best interest of
19 the public and the defendant in a speedy trial.
20 4. Nothing in this stipulation and order shall preclude a
21 finding that other provisions of the Speedy Trial Act dictate
22 that additional time periods are excludable from the period
23 within which a trial must commence.
24 ///
25 ///
26 ///
27 ///
28 ///

IT IS SO STIPULATED.

Dated: January 29, 2013

                                          */s/ Kevin P. Rooney*
                                          Assistant United States Attorney

Dated: January 29, 2013

                                          */s/ Anthony P. Capozzi*
                                          Anthony P. Capozzi
                                          Attorney for
                                          GERARDO ROSAS GOMEZ

## **ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from February 4, 2013, to, and including, February 4, 2013, based upon the Court's finding that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

**IT IS ORDERED** that the Sentencing currently scheduled on February 4, 2013, at 8:30 a.m. is continued to **March 4, 2013, at 8:30 a.m.**

IT IS SO ORDERED.

Dated: **January 30, 2013**         **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE