```
 1  ANTHONY P. CAPOZZI, CSBN: 068525
    NICHOLAS A. CAPOZZI, CSBN: 275568
 2  LAW OFFICES OF ANTHONY P. CAPOZZI
    1233 W. Shaw Avenue, Suite 102
 3  Fresno, California 93711
    Telephone:  (559) 221-0200
 4  Facsimile:  (559) 221-7997
    E-mail:  anthony@capozzilawoffices.com
 5
    Attorney for Defendant,
 6  GERARDO ROSAS GOMEZ

 7
                 IN THE UNITED STATES DISTRICT COURT
 8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10  UNITED STATES OF AMERICA,    ) Case No.: 1:11-CR-00112-LJO
                                 )
11           Plaintiff,          )
                                 )
12      vs.                      ) STIPULATION AND ORDER TO
                                 ) CONTINUE SENTENCING
13                               )
                                 )
14                               )
    GERARDO ROSAS GOMEZ,         ) Date: May 20, 2013
15                               ) Time: 8:30 a.m.
             Defendant.          ) Hon. Lawrence J. O'Neill
16
```

17      Plaintiff United States of America, by and through its

18 counsel of record, and defendant, by and through his counsel

19 of record, hereby stipulate as follows:

20      1. By previous order, this matter was set for sentencing

21 on May 20, 2013, at 8:30 a.m.

22      2. By this stipulation, defendant now moves to continue

23 the sentencing until **June 10, 2013, at 8:30 a.m.** and to

24 exclude time between May 20, 2013, and June 10, 2013, under 18

25 U.S.C.§ 3161(h)(7)(A), B(iv). Plaintiff does not oppose this

26 request.

27      3. The parties agree and stipulate, and request that the

28 Court find the following:

1           a. The discovery in this matter is extensive and
2     counsel has not yet finished reviewing it.
3           b. The government does not object to the continuance.
4           c. Based on the above-stated findings, the ends of
5     justice served by continuing the case as requested
6     outweigh the interest of the public and the defendant in a
7     trial within the original date prescribed by the Speedy
8     Trial Act.
9           d. For the purpose of computing time under the Speedy
10    Trial Act, 18 U.S.C. § 3161, et seq., within which trial
11    must commence, the time period of May 20, 2013, to June
12    10, 2013, inclusive, is deemed excludable pursuant to 18
13    U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a
14    continuance granted by the Court at defendant's request on
15    the basis of the Court's finding that the ends of justice
16    served by taking such action outweigh the best interest of
17    the public and the defendant in a speedy trial.
18    4. Nothing in this stipulation and order shall preclude a
19 finding that other provisions of the Speedy Trial Act dictate
20 that additional time periods are excludable from the period
21 within which a trial must commence.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

IT IS SO STIPULATED.

Dated: May 16, 2013

                                */s/ Kathleen A. Servatius*
                                Assistant United States Attorney

Dated: May 16, 2013

                                */s/ Anthony P. Capozzi*
                                Anthony P. Capozzi
                                Attorney for
                                GERARDO ROSAS GOMEZ

## **ORDER**

    For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from May 20, 2013, to, and including, June 10, 2013, based upon the Court's finding that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

    **IT IS ORDERED** that the Sentencing currently scheduled for May 20, 2013, at 8:30 a.m. is continued to **June 10, 2013, at 8:30 a.m.**

IT IS SO ORDERED.

    Dated:  **May 16, 2013**                **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE