ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com

Attorney for Defendant,
GERARDO ROSAS GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-00112-LJO |
| Plaintiff, | |
| vs. | AMENDED STIPULATION AND ORDER TO CONTINUE SENTENCING |
| GERARDO ROSAS GOMEZ, | Date: July 8, 2013<br>Time: 8:30 a.m.<br>Hon. Lawrence J. O'Neill |
| Defendant. | |

 Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

 1. By previous order, this matter was set for sentencing on July 8, 2013, at 1:30 p.m.

 2. By this stipulation, defendant now moves to continue the sentencing until **August 5, 2013, at 8:30 a.m.**

 3. The parties agree and stipulate, and request that the Court find the following:

  a. The Defendant pled guilty on February 9, 2011. Sentencing negotiations are continuing.

  b. The government does not object to the continuance.

1  IT IS SO STIPULATED.

3  Dated: July 3, 2013

4                                      */s/ Kathleen A. Servatius*
                                       Assistant United States
5                                      Attorney

7  Dated: July 3, 2013

8                                      */s/ Anthony P. Capozzi*
                                       Anthony P. Capozzi
                                       Attorney for
9                                      GERARDO ROSAS GOMEZ

12                            **ORDER**

14     For reasons set forth above, the continuance requested by
15  the parties is granted for good.

16     **IT IS ORDERED** that the Sentencing currently scheduled for
17  July 8, 2013, at 1:30 p.m. is continued to **August 5, 2013, at**
18  **8:30 a.m.**

19     IT IS SO ORDERED.

21  Dated: July 3, 2013

22                                      __/s/ Lawrence J. O'Neill__
23                                      Honorable Lawrence J. O'Neill