ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com

Attorney for Defendant,
GERARDO ROSAS GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> GERARDO ROSAS GOMEZ, <br> Defendant. | Case No.: 1:11-CR-00112-LJO <br> AMENDED STIPULATION AND ORDER TO CONTINUE SENTENCING (NEW DATE AND TIME) <br> Date: August 5, 2013 <br> Time: 8:30 a.m. <br> Hon. Lawrence J. O'Neill |

   Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

   1. By previous order, this matter was set for sentencing on August 5, 2013, at 8:30 a.m.

   2. By this stipulation, defendant now moves to continue the sentencing until **September 16, 2013, at 8:30 a.m.**

   3. The parties agree and stipulate, and request that the Court find the following:

      a. The Defendant pled guilty on February 9, 2011. Sentencing negotiations are continuing.

      b. The government does not object to the continuance.

- 1 -
Amended Stipulation and [Proposed] Order to Continue Sentencing
CASE NO.: 1:12-CR-00102-LJO

IT IS SO STIPULATED.

Dated: July 31, 2013

                                        */s/ Kathleen A. Servatius*
                                        Assistant United States Attorney

Dated: July 31, 2013

                                        */s/ Anthony P. Capozzi*
                                        Anthony P. Capozzi
                                        Attorney for
                                        GERARDO ROSAS GOMEZ

## **ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good.

**IT IS ORDERED** that the Sentencing currently scheduled for August 5, 2013, at 8:30 a.m. is continued to **September 23, 2013, at 10:00 a.m.**

IT IS SO ORDERED.

Dated: August 1, 2013

                                        _/s/ Lawrence J. O'Neill____
                                        Honorable Lawrence J. O'Neill