```
ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffice.com

Attorney for Defendant,
GERARDO ROSAS GOMEZ
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>GERARDO ROSAS GOMEZ,<br><br>    Defendant. | Case No.: 1:11-CR-00112-LJO<br><br>Request to File Under Seal Amended Objections to Presentence Report. |

**TO THE ABOVE ENTITLED COURT AND THE ASSISTANT UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Defendant, Gerardo Rosas Gomez, by and through his attorney Anthony P. Capozzi, hereby requests that the Amended Objections to the Presentence Report be filed under seal with copies being served upon the United States Attorney and Probation.

This request is made pursuant to Local Rule 141(a) which states that documents can be sealed only by written order of the United States District Court.  Under the Local Rule access to all documents filed under seal is restricted to the Court and authorized court personnel.

///

Request to Seal Amended Objections to Presentence Report
CASE NO.: 1:11-CR-0112-LJO

The information submitted in the Presentence Report is sensitive and confidential and is subject to the Defendant's privacy rights.

Accordingly, it is requested that the Amended Objections to the Presentence Report be Sealed with copies served electronically upon the United States Attorney and Probation.

                              Respectfully submitted,

DATED: November 13, 2013      */s/ Anthony P. Capozzi*
                                   Anthony P. Capozzi
                                   Attorney for,
                                   GERARDO ROSAS GOMEZ

## **ORDER**

For reasons set forth above, the defendants request to have the Amended Objections to the Presentence Report be filed Under Seal is granted.

IT IS SO ORDERED.

Dated:  **November 14, 2013**           **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE