

ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-mail: anthony@capozzilawoffices.com

Attorney for Defendant,
GERARDO ROSAS GOMEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-00112-LJO |
| Plaintiff, | |
| vs. | MOTION AND ORDER TO WITHDRAW AS ATTORNEY OF RECORD |
| GERARDO ROSAS GOMEZ, | |
| Defendant. | |

Anthony P. Capozzi, attorney for Defendant, Gerardo Rosas Gomez, hereby moves to withdraw as attorney of record. The Defendant has requested that a Notice of Appeal be filed. The Defendant was sentenced on December 9, 2013, and the Judgment was entered on December 17, 2013. The Notice of Appeal is due on or before December 31, 2013.

The Defendant is without funds to retain an attorney for the appeal of his sentence and requests that an attorney be appointed to proceed with his appeal. Said request is based on the Declaration of Anthony P. Capozzi.

///
///
///

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: December 23, 2013 | /s/ Anthony P. Capozzi |
|  | Anthony P. Capozzi |
|  | Attorney for, |
|  | GERARDO ROSAS GOMEZ |

### Declaration of Anthony P. Capozzi

I, Anthony P. Capozzi, declare that I am an attorney licensed to practice law in the State of California and in good standing. I am counsel of record for Defendant, Gerardo Rosas-Gomez. I have personal knowledge of the facts stated below and could testify competently to them if required.

1. This attorney was retained to represent the Defendant, Gerardo Rosas-Gomez, on January 24, 2013.

2. On December 9, 2013, Mr. Rosas-Gomez was sentenced. On December 17, 2013, the Judgment was entered. Mr. Rosas-Gomez has requested that a Notice of Appeal be filed, which is due on or before December 31, 2013. Mr. Rosas-Gomez is without funds to retain an attorney and is requesting that he be allowed to proceed In Forma Pauperis.

3. Mr. Rosas-Gomez had been detained at the Lerdo Facility in Kern County, but is presently at the Nevada Southern Detention Center in Pahrump, Nevada. His U.S. Marshal's number is 68882-097.

4. It is respectfully requested that this attorney be allowed to withdraw as attorney of record and that another attorney be appointed to file a Notice of Appeal.

1  I further affirm under penalty of perjury, pursuant to
2 the laws of the United States of America, and to the State of
3 California, that the foregoing is true and correct to the
4 best of my knowledge, as executed on the 20th day of December
5 2013, in Fresno, California.

/s/ Anthony Capozzi
Anthony P. Capozzi
Declarant

### ORDER

For the reasons forth above, Defense Counsel's Motion to Withdraw as Attorney of Record is GRANTED.

**IT IS SO ORDERED**.

DATED: 12.26.2013

HONORABLE LAWRENCE J. O'NEILL