IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GERARDO ROSAS-GOMEZ,<br><br>Defendant. | Case № 1:11-CR-112-LJO<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

Upon granting previous retained counsel Antony P. Capozzi's Motion to Withdraw as Counsel (Dkt. 160) and, based upon Mr. Capozzi's declaration that the Defendant is financially unable to retain counsel for appeal, having ordered appointment of CJA counsel December 26, 2013,

IT IS HEREBY ORDERED appointing effective December 17, 2013

**Krista Hart, Attorney at Law**
**P.O. Box 188794**
**Sacramento, CA  95818**
**(916) 498.8398**

as Mr. Rosas-Gomez's counsel for further proceedings from the Judgment and Conviction in this matter, to include direct appeal.

DATED:  December 30, 2013

/s/ Lawrence J. O'Neill
HON. LAWRENCE J. O'NEILL
United States District Court Judge

ORDER APPOINTING COUNSEL          1