1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,              CASE NO.  1:11-CR-00112 LJO

12                        Plaintiff,      STIPULATION REFERRING MOTION FOR
                                          SENTENCE REDUCTION TO FEDERAL
13            v.                          DEFENDER'S OFFICE AND PROBATION
                                          OFFICE AND ORDER THEREON
14 GERARDO ROSAS GOMEZ,

15                        Defendant.

16

17        The Court is in receipt of a motion to reduce a criminal sentence pursuant to Title 18, United

18 States Code, Section 3582(c)(2).  The Court refers this motion to the Probation Office (Probation Officer

19 Brian Bedrosian) and the Office of the Federal Defender and Assistant Federal Defender Hannah Rose

20 Labaree, pursuant to General Order No. 546.  The Federal Defender's Office shall have 60 days from the

21 date the Court approves the stipulation/order to conduct an initial review of the motion to determine the

22 status of representation of the defendant.

23        1.      If the Federal Defender's Office determines that the defendant is eligible for

24 representation and agrees to represent the defendant, a representative of the Federal Defender's Office

25 shall file a notice of appearance in the case.  If the matter has been referred to panel counsel due to a

26 conflict of interest, a copy of this order shall be forwarded by the Federal Defender's Office to appointed

27 panel counsel who shall then determine whether the motion is meritorious and, if so, file a notice of

28 appearance in the case.

   STIPULATION/ORDER REFERRING MOTION FOR SENTENCE
   REDUCTION

2.      The notice of appearance shall indicate whether counsel intends to supplement the defendant's motion.

3.      If the defendant does not intend to supplement the motion, the government's response will be due 14 days following counsel's notice of appearance.

4.      If defendant's counsel intends to supplement the defendant's motion, then the notice of appearance shall indicate the date upon which the supplement will be filed and the date upon which the government's response shall be due.  Such dates should be mutually agreeable to the parties.

5.      If the parties agree that a hearing is necessary, the notice of appearance shall include the date of the hearing, preferably no earlier than two weeks after the government's response is filed.  If the parties are not in agreement that a hearing is necessary, that issue should be addressed in the parties' respective filings.

6.      Should no counsel enter an appearance on behalf of the defendant, the government will file a response within 14 days of the expiration of the 60-day period referred to above.

7.      Upon review of the motion and response, the Court will determine whether oral argument or hearing will aid its determination of the motion and notify counsel of its decision.

Dated: August 10, 2015                          BENJAMIN B. WAGNER
                                                United States Attorney


                                                /s/ *Kathleen A. Servatius*
                                                KATHLEEN A. SERVATIUS
                                                Assistant United States Attorney


Dated:  August 10, 2015                         HEATHER E. WILLIAMS
                                                Federal Defender


                                                /s/ *Hannah Rose Larabee*
                                                HANNAH ROSE LARABEE
                                                Assistant Federal Defender
                                                Attorney for Defendant

**IT IS SO ORDERED**
**Dated: August 11, 2015**

                                                **/s/ Lawrence J. O'Neill**
                                                **United States District Judge**

STIPULATION/ORDER REFERRING MOTION FOR SENTENCE
REDUCTION