# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00112-(5)-LJO |
|---|---|
| Plaintiff, | |
| v. | ORDER REFERRING THE CASE TO THE FEDERAL DEFENDER'S OFFICE AND SETTING BRIEFING SCHEDULE |
| GERARDO ROSAS GOMEZ, | |
| Defendant. | (ECF NO. 189) |

On June 15, 2016, Petitioner Gerardo Rosas Gomez filed a *pro se* motion (ECF No. 189), pursuant to Title 28, United States Code, Section 2255 ("Section 2255 Motion"), raising issues related to *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016). To efficiently process petitions under *Johnson* and *Welch*, pursuant to Eastern District of California General Order 563, the Court hereby appoints the Federal Defender's Office ("FDO") to represent Petitioner Gomez in this matter pursuant to the provisions of the Criminal Justice Act, Title 18 U.S.C. § 3006A(a)(1) and (c). Accordingly,

**IT IS HEREBY ORDERED** that the FDO shall have until **September 13, 2016** to file a supplement to Petitioner's *pro se* Section 2255 Motion **or** notify the Court that it does not intend to file such a supplement. From the date of the FDO's filing, the Government shall have **60 days** to file a response to Petitioner's motion. From the date of the Government's filing, the FDO shall have **60 days** to file a reply. The Clerk of Court is **DIRECTED to add the FDO's Panel Administrator, Connie Garcia (Connie_Garcia@fdo.gov), to the service list** prior to docketing of this Order.

IT IS SO ORDERED.

Dated:   **July 5, 2016**                    /s/ Lawrence J. O'Neill
                                             UNITED STATES CHIEF DISTRICT JUDGE